IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IZABELA KOZIK,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

    v.                                          Case No.  14-cv-498-jdp

CAROLYN W. COLVIN,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, affirming the decision denying plaintiff Izabela Kozik's application for disability benefits and dismissing plaintiff's appeal.

| s/ J. Smith, Deputy Clerk | 6/26/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |